Stephen C. Tingey (4424)
Caleb J. Frischknecht (11648)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

*Attorneys for Defendant Express Recovery Services, Inc.*

FILED
U.S. DISTRICT COURT
2012 JAN -4 A 7 35
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SENEUEFA FARANI,<br><br>    Plaintiff,<br><br>v.<br><br>EXPRESS RECOVERY SERVICES, INC., EDWIN B. PARRY, THE LAW OFFICES OF EDWIN B. PARRY, and Does 1-20,<br><br>    Defendants. | [PROPOSED] ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION<br><br>Case No.: 2:10-CV-331<br><br>Judge Dee Benson<br>Magistrate Judge Paul M. Warner |

Before the Court is the Report and Recommendation (Dkt. No. 54) issued by Magistrate Judge Paul Warner in this matter on October 21, 2011, recommending that Defendant Express Recovery Services, Inc.'s ("Express Recovery") Motion for Sanctions be granted, that Plaintiff's Complaint be dismissed with prejudice as a sanction for failing to obey the Court's discovery order, and that Express Recovery be granted a sanctions award against Plaintiff's counsel personally. Plaintiff filed an objection to the Magistrate Judge's Report and Recommendation (Dkt. No. 57), to which Express Recovery filed a response (Dkt. No. 59). The Court heard oral argument concerning Plaintiff's objection on December 13, 2011.

Having fully reviewed the matter de novo pursuant to Fed. R. Civ. P. 72(b)(3), the Court ACCEPTS and ADOPTS the Report and Recommendation in full as written by the Magistrate Judge. Accordingly, for the reasons set forth in the Report and Recommendation, and those stated on the record at the December 13, 2011 hearing,

IT IS HEREBY ORDERED that Express Recovery's Motion for Sanctions (Dkt. No. 31) is GRANTED;

IT IS FURTHER ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE in its entirety;

IT IS FURTHER ORDERED that Express Recovery is granted an award of sanctions against Plaintiff's counsel personally for its reasonable expenses, including attorney fees, incurred in this case after the Magistrate Judge's June 9, 2011 Order. The parties have stipulated that this amount shall be $6,750;

IT IS FURTHER ORDERED that the Clerk of the Court shall close this case forthwith.

DATED this 3rd day of January, 2012.

Dee Benson
United States District Court Judge

APPROVED AS TO FORM:

STEFFENSEN LAW OFFICE

/s/ Brian W. Steffensen*
Brian W. Steffensen
Attorneys for Plaintiff
*Signed by filing attorney with permission from Brian W. Steffensen

1164998